CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Brandon Bergeron; YOB: 1993; U.S. Citizen<br>Heather Marie Martinez; YOB: 1976; U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>13-00239M |

Complaint for violation of Title 21 United States Code §§ 846 and 844(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1: On or about May 10, 2013, at or near Willcox, in the District of Arizona, **Brandon Bergeron and Heather Marie Martinez,** did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to possess with intent to distribute less than 50 kilograms of marijuana, that is, approximately 20 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).
    All in violation of Title 21, United States Code, Section 846.

Count 2: On or about May 10, 2013, at or near Willcox, in the District of Arizona, **Brandon Bergeron and Heather Marie Martinez,** did each knowingly and intentionally possess approximately 20 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 844(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On May 10, 2013, at approximately 6:15 p.m., a Border Patrol Agent encountered a green Nissan Pathfinder on State Route 181 near Willcox, Arizona. The green Nissan Pathfinder was previously stopped by agents on May 8, 2013 on Bell Ranch Road. During the encounter on May 8th, the vehicle was occupied by Brandon Bergeron and Heather Marie Martinez and at that time a Border Patrol canine positively alerted to an odor it has been trained to detect. A search of the vehicle revealed drug paraphernalia and detailed maps showing how to circumvent the Border Patrol checkpoints in the area. On May 10, 2013, an agent noted the same vehicle traveling on State Route 181. As the agent pulled behind the vehicle, the Pathfinder slowed to well below the speed limit. The agent performed a vehicle stop and determined that the two occupants of the vehicle were Brandon Bergeron and Heather Marie Martinez. At the time of the stop, the agent noted that Brandon Bergeron was taking short, rapid breaths and could see that his pulse was elevated. A drug detection canine was called to the scene and alerted to the vehicle for the presence of an odor she is trained to detect. As Heather Marie Martinez was being escorted away from the car during the canine search, she told agents not to touch some gifts in the back seat as they were her daughter's and "it will ruin the surprise". A search of the vehicle revealed 33 bricks of marijuana in the passenger compartment of the vehicle disguised as birthday gifts, with a total approximate weight of 20 kilograms. After Miranda rights were read to Brandon Bergeron, he stated, "I didn't know that was in there and she picked it up". At the time of this statement, agents had not stated what had been found in the vehicle.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>Fellrath/js<br>AUTHORIZED AUSA Robert Fellrath  *Robert A. Fellrath* | SIGNATURE OF COMPLAINANT (official title)<br>Michael Jia<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 13, 2013 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54